Matter of Gorman (2023 NY Slip Op 01223)

Matter of Gorman

2023 NY Slip Op 01223

Decided on March 9, 2023

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:March 9, 2023

PM-46-23
[*1]In the Matter of James Hugh Gorman, an Attorney. (Attorney Registration No. 2416832.)

Calendar Date:February 27, 2023

Before:Garry, P.J., Clark, Pritzker, Ceresia and McShan, JJ.

James Hugh Gorman, Manasquan, New Jersey, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany, for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
James Hugh Gorman was admitted to practice by this Court in 1991 and lists a business address in Shrewsbury, New Jersey with the Office of Court Administration. Gorman now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Gorman's application.
Upon reading Gorman's affidavit sworn to December 9, 2022 and filed February 10, 2023, and upon reading the February 24, 2023 correspondence in response by the Chief Attorney for AGC, and having determined that Gorman is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Garry, P.J., Clark, Pritzker, Ceresia and McShan, JJ., concur.
ORDERED that James Hugh Gorman's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that James Hugh Gorman's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that James Hugh Gorman is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Gorman is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that James Hugh Gorman shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.